# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ADAM LYNN BONE, #S11844,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 24-cv-00696-JPG |
| | ) |
| **MATT McCONKEY,** | ) |
| **RONNIE STEVENS,** | ) |
| **STEVE COODY,** | ) |
| **and AMBER WALTERS,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. Plaintiff shall recover nothing. The action is **DISMISSED** without prejudice, with the parties to bear their own costs.

**DATED**: 11/21/2024

MONICA A. STUMP, CLERK

By: s/ Megan Moyers
  Deputy Clerk

APPROVED: s/J. Phil Gilbert
  Honorable J. Phil Gilbert
  United States District Judge